**Generated on:** This page was generated by TSDR on 2014-10-16 18:20:01 EDT

**Mark:** CHIROCAROLINA

# ChiroCarolina

| | | | |
|---|---|---|---|
| **US Serial Number:** 86245824 | | **Application Filing Date:** Apr. 08, 2014 | |
| **Filed as TEAS Plus:** Yes | | **Currently TEAS Plus:** Yes | |
| **Register:** Principal | | | |
| **Mark Type:** Service Mark | | | |

**Status:** A request for an extension of time to file an opposition has been filed with the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Sep. 26, 2014

**Publication Date:** Aug. 26, 2014

## Mark Information

**Mark Literal Elements:** CHIROCAROLINA

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Chiropractic services

**International Class(es):** 044 - Primary Class     **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Mar. 15, 2010     **Use in Commerce:** Mar. 15, 2010

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Charlotte Chiropractic Clinic, P.A.

**DBA, AKA, Formerly:** DBA ChiroCarolina

**Owner Address:** 537 W. Sugar Creek Rd.
Charlotte, NORTH CAROLINA 28213
UNITED STATES

**Legal Entity Type:** professional corporation     **State or Country Where Organized:** NORTH CAROLINA

## Attorney/Correspondence Information

**Attorney of Record**

| | | |
|---|---|---|
| **Attorney Name:** Sarah C. Hsia | | **Docket Number:** 00242 |
| **Attorney Primary Email Address:** trademarks@sneedlegal.com | | **Attorney Email Authorized:** Yes |

**Correspondent**

**Correspondent** SARAH C. HSIA

| | |
|---|---|
| **Name/Address:** | SNEED PLLC<br>610 JETTON ST STE 120-107<br>DAVIDSON, NORTH CAROLINA 28036-9318<br>UNITED STATES |
| **Phone:** | 7047793611 |
| **Correspondent e-mail:** | trademarks@sneedlegal.com sarah@sneedlegal.com jsneed@sneedlegal.com giacona@sneedlegal.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 26, 2014 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Aug. 26, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 26, 2014 | PUBLISHED FOR OPPOSITION | |
| Aug. 06, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 21, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 16, 2014 | ASSIGNED TO EXAMINER | 76134 |
| Apr. 22, 2014 | NOTICE OF PSEUDO MARK E-MAILED | |
| Apr. 21, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Apr. 11, 2014 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | MCBRIDE, THEODORE M | **Law Office Assigned:** | LAW OFFICE 103 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Jul. 22, 2014 |

## Proceedings

**Summary**

**Number of Proceedings:** 1

**Type of Proceeding: Extension of Time**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 86245824 | **Filing Date:** | Sep 25, 2014 |
| **Status:** | Not Instituted | **Status Date:** | Sep 25, 2014 |
| **Interlocutory Attorney:** | | | |

**Defendant**

| | |
|---|---|
| **Name:** | Charlotte Chiropractic Clinic, P.A. |
| **Correspondent Address:** | SARAH C. HSIA<br>SNEED PLLC<br>610 JETTON ST STE 120-107<br>DAVIDSON NC , 28036-9318 |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CHIROCAROLINA | Request For Extension of Time to File Opposition | 86245824 | |

**Potential Opposer(s)**

| | |
|---|---|
| **Name:** | CHIRO - CAROLINA FAMILY AND SPORTS CARE, PLLC |
| **Correspondent Address:** | Susan Freya Olive<br>Olive & Olive, P.A.<br>500 Memorial St<br>Durham NC , 27701<br>UNITED STATES |
| **Correspondent e-mail:** | emailboxTTAB@oliveandolive.com |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Sep 25, 2014 | |