| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery 5/22/14 |
| 1. Article Addressed to:<br><br>Dr. Williams<br>174 Bolick Ln. Suite 102<br>Taylorsville, NC<br>28681 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail® ☐ Priority Mail Express™<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |

2. Article Number (Transfer from service label): 7013 3020 0001 7131 5134

PS Form 3811, July 2013    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

GREENSBORO
NC 273
22 MAY '14
PM 7 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Sneed PLLC
610 Jetton St. Suite 120-107
Davidson, NC 28036