**Subject:** follow up to the 6/24 email - FW: unlawful use of CHIROCAROLINA mark
**Date:** Thursday, July 17, 2014 at 12:56:14 PM Eastern Standard Time
**From:** emailboxTTAB
**To:** Sarah Hsia
**CC:** emailboxTTAB

EMAIL COMMUNICATION FROM OLIVE & OLIVE, P.A.
Protecting Intellectual Property Since 1957

To:   Sarah Hsia – Sneed PLLC
Cc:   Susan Freya Olive; Erin Rall – Olive & Olive, P.A.

Notice of Confidentiality:  This is a confidential settlement communication, solely for the use of ChrioCarolina and their counsel.  If you are not the intended recipient, do not read any part of the message below the following line and do not open or read any attachments.  Kindly notify us of the error by emailing us at our return address given above or at iplaw@oliveandolive.com, or call us at (919) 683-5514; and delete this message without retaining any copy.
_____
Confidential Message to Addressee(s):

Ms. Hsia,

We are in the process of investigating the instances you mentioned in your email to us late last month.  Since our client has a fairly busy practice and his office fields a number of inquiries it would help facilitate our investigation if you could provide a little more information about the time (for example, time of day, actual date, or month of call) each of the alleged incidents happened.

Thank you,

Jennifer


Jennifer T. Anderson
Attorney
Olive & Olive, P.A.
Intellectual Property Law
500 Memorial Street
P.O. Box 2049
Durham, N.C. 27705
USA
phone: (919) 683-5514
fax:  (919) 688-3781
email:  emailboxTTAB@oliveandolive.com
web site : http://www.oliveandolive.com


Olive & Olive proudly supports **Urban Ministries of Durham** – our local homeless shelter and food café.
Right now, UMD is selling naming rights to all the items that connect our neediest neighbors to **food,**

**shelter and a future**.
**It's just stuff.  Until you don't have it.**
Learn more, and join us, at  **NAMESFORCHANGE.ORG**