**Subject:** Additional Information Requested (Our Ref CHCF9001)
**Date:** Wednesday, August 27, 2014 at 4:04:16 PM Eastern Standard Time
**From:** emailboxTTAB
**To:** Sarah Hsia
**CC:** Jason M. Sneed, emailboxTTAB, Susan Freya Olive, Erin Rall

EMAIL COMMUNICATION FROM OLIVE & OLIVE, P.A.
Protecting Intellectual Property Since 1957

To:   Sarah Hsia – Sneed PLLC
Cc:   Susan Freya Olive; Erin Rall – Olive & Olive, P.A.

Notice of Confidentiality:  This is a confidential settlement communication, solely for the use of Charlotte Chiropractic Clinic and their counsel.  If you are not the intended recipient, do not read any part of the message below the following line and do not open or read any attachments.  Kindly notify us of the error by emailing us at our return address given above or at iplaw@oliveandolive.com, or call us at (919) 683-5514; and delete this message without retaining any copy.
_____
Confidential Message to Addressee(s):

Ms. Hsia,

Thank you for the information concerning the dates of the purported calls. We have spoken with our client and are still investigating this information, however, we have not thus far been able to substantiate the information you provided. As it turns out, a third party service was monitoring all our client's incoming calls for the dates you have indicated, and if you could provide us with the telephone numbers from which the calls were made we should then be able to better assess your client's allegations.

Thanks again for your assistance.

Jennifer


Jennifer T. Anderson
Attorney
Olive & Olive, P.A.
Intellectual Property Law
500 Memorial Street
P.O. Box 2049
Durham, N.C. 27705
USA
phone: (919) 683-5514
fax:  (919) 688-3781

Olive & Olive proudly supports **Urban Ministries of Durham** – our local homeless shelter and food café.
Right now, UMD is selling naming rights to all the items that connect our neediest neighbors to **food, shelter and a future**.
**It's just stuff.  Until you don't have it.**

Learn more, and join us, at **NAMESFORCHANGE.ORG**

email: janderson@oliveandolive.com
web site : http://www.oliveandolive.com

---

**From:** Sarah Hsia [mailto:Sarah@SneedLegal.com]
**Sent:** Monday, July 28, 2014 1:10 PM
**To:** Olive & Olive; emailboxTTAB
**Cc:** Jason M. Sneed
**Subject:** unlawful use of CHIROCAROLINA mark

Please see attached.

**Sarah C. Hsia, Esq.**

SNEED PLLC, Of Counsel
610 Jetton St., Suite 120-107
Davidson, North Carolina 28036
Tel.: 844-763-3347
Email: sarah@sneedlegal.com

This communication, including attachments, may contain information that is confidential and proprietary, and may be protected by the attorney / client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify Sneed Legal PLLC immediately by email reply (or by sending an email to admin@sneedlegal.com) and promptly delete this email, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this email, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney / client or other privilege.