IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-585-RJC-DCK

| | |
|---|---|
| CHARLOTTE CHIROPRACTIC CLINIC, P.A., d/b/a CHIROCAROLINA, <br><br> Plaintiff, <br><br> v. <br><br> CHIRO-CAROLINA FAMILY AND SPORTS CARE, PLLC, AND RICHARD WILLIAMS, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by Jason M. Sneed, Esq., concerning Sarah Chih-Jen Hsia on October 21, 2014. Ms. Sarah Chih-Jen Hsia seeks to appear as counsel *pro hac vice* for Plaintiff Charlotte Chiropractic Clinic, P.A. d/b/a ChiroCarolina. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED.** Ms. Sarah Chih-Jen Hsia is hereby admitted *pro hac vice* to represent Plaintiff Charlotte Chiropractic Clinic, P.A. d/b/a ChiroCarolina.

**SO ORDERED**.

Signed: October 21, 2014

David C. Keesler
United States Magistrate Judge